IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WENDY ALISON NORA,

    Plaintiff,

v.

RESIDENTIAL FUNDING COMPANY, LLC, RFC TRUST 03 LOAN POOL NUMBER RASC2002KSSCONF, GMAC-RFC HOLDING COMPANY, LLC, RESIDENTIAL CAPITAL, LLC, GMAC MORTGAGE GROUP, LLC, GMAC MORTGAGE, LLC, GMAC FINANCIAL SERVICES, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AEGIS MORTGAGE CORPORATION, GRAY & ASSOCIATES, LLP, JAY PITNER, MICHAEL RILEY, WILLIAM N. FOSHAG, BASS & MOGLOWSKY, S.C., ARTHUR MOGLOWSKY, DAVID M. POTTEIGER, PENNY M. GENTGES, MANISH VERMA, AMY NELSON, HOMECOMINGS FINANCIAL, LLC, ALLY FINANCIAL, INC., CERBERUS CAPITAL MANAGEMENT, LP and KENNETH UGWUADU,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-748-wmc

---

    This action came for consideration before the court with Magistrate Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for lack of subject matter jurisdiction.

_____      10/2/12
Peter Oppeneer, Clerk of Court           Date